**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 9:00 a.m. | Date: | 7/17/2024 |
| Start Time: | 9:55 | Presiding Judge: | Robert J. Krask, USMJ |
| End Time: | 10:02 | Courtroom Deputy: | Titus, B |
| Recorded by: | FTR – Mag 2 | U.S. Attorney: | Alan Sides, SAUSA |
| | | Defense Counsel: | |
| Case Number: | 2:24mj116 | ( ) Retained | ( ) Court-appointed |
| | | ( ) AFPD | ( ) Waived Counsel |

USA v. **Bonnie G. Formentera**

**COUNTS:**
1) Theft of govt. property
2) Trespass on naval installation
3) Possession of methamphetamine
4) _____

(X) Present  ( ) In custody  ( ) No appearance  ( ) Excused Prior to Court
(X) Initial Appearance  ( ) Docket Call  ( ) Plea of Guilty  ( ) Bench Trial  ( ) Jury Trial
(X) Defendant advised of rights
(X) Oral admonition as required by DPPA given to the prosecutor
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court
( ) Acknowledgment of Rights Form executed and filed in open court
( ) Standard Probation Conditions Form executed and filed in open court
(X) Government motion: ( ) Warrant  ( ) Summons  (X) Continue  ( ) DWOP  ( ) DWP
( ) Other _____ (X) Granted  ( ) Denied
( ) Defendant motion: ( ) Continue  ( ) Judgment of Acquittal  ( ) Strike
( ) Other _____ ( ) Granted  ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $ _____ /mo. beginning on _____
( ) Defendant to retain counsel (X) Retained Counsel **Brian Latuga**
(X) Case continued to 9:00 a.m. on **8/21/24**
(X) Bond set **PR**
(X) Additional conditions of release

( ) Proffer                              ( ) Evidence & Witnesses presented
( ) Statement by Defendant               ( ) PSR WAIVED by all parties
( ) Found Guilty  ( ) Found Not Guilty   ( ) Continued for Pre-sentence Report
( ) Dismissed by Court                   ( ) Advised of Right to Appeal

( ) Sentencing: _____
( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Remanded  ( ) Report as directed by U.S. Probation Office
( ) Jail time may be served on weekends as directed by U.S. Probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) The defendant is prohibited from operating a motor vehicle in the special maritime and territorial jurisdiction of the United States, pursuant to 18 U.S.C. § 13(b)(1), for one (1) year.
( ) The defendant shall not operate a motor vehicle unless properly licensed to do so.
( ) If the defendant obtains a restricted license pursuant to law after any license suspension or revocation by any issuing state due to this conviction, the defendant may operate a motor vehicle, including in the special maritime and territorial jurisdiction of the United States, subject to compliance with the terms of the restricted license.
( ) Defendant is directed to participate in an alcohol education/treatment and or mental health program as directed by Probation.
( ) Defendant is directed to serve _____ hours of community service.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S. Probation office.

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| $ | $ | $ | $ |
| $ | $ | $ | $ |
| $ | $ | $ | $ |
| $ | $ | $ | $ |

## ADDITIONAL CONDITIONS OF RELEASE

(☐) The defendant is placed in the custody of: _____
       Address: _____
(☒) (a) submit to supervision by and report for supervision to the **United States Probation Office**, no later than **today**.
(☐) (b) continue or actively seek employment.
(☐) (c) continue or start an education program.
(☐) (d) surrender any passport to: **U.S. Probation.**
(☐) (e) not obtain a passport or other international travel document.
(☐) (f) abide by the following restrictions on personal association, residence, or travel: _____
(☐) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
_____
(☐) (h) get medical or psychiatric treatment: _____
(☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling or the following
    purposes: _____
(☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(☐) (k) not possess a firearm, destructive device, or other weapon.
(☒) (l) not use alcohol (☐) at all (☒) excessively (☐) with testing and treatment as directed.
(☒) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
    medical practitioner.
(☒) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
    frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance
    screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance
    screening or testing.
(☒) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
    supervising officer.
(☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial
    services office or supervising officer; or
    (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
    substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in
    advance by the pretrial services office or supervising officer; or
    (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
    appearances or other activities specifically approved by the court; or
    (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must
    comply with the location or travel restrictions as imposed by the court. **Note:** Stand Alone Monitoring should be used in conjunctions with
    global positioning system (GPS) technology.
(☐) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    (☐) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
    (☐) (ii) Voice Recognition; or
    (☐) (iii) Radio Frequency; or
    (☐) (iv) GPS.
(☐) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
(☐) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests,
    questioning, or traffic stops.
(☐) (t) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial
    information.
(☐) (u) The defendant shall notify current or future employers of charged offense (☐) and provide contact information for individual responsible for
    internet monitoring at place of employment.
(☐) (v) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the
    prior approval of the probation office.
(☐) (w) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of other
    without the prior approval of the probation office.
(☐) (x) The defendant shall submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.
(☐) (y) The defendant shall not use, have possession, or access any computer or internet, bulletin board, or chat room.
(☐) (z) _____
_____
_____
_____
_____
_____
_____